**CITY OF WILLIAMSPORT**

v.

**WORKERS' COMPENSATION APPEAL BOARD (COLE (Deceased))**

**Petition of: Ursula Miele–Cole**

**No. 570 MAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**